**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Shahriar Noorparvar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR NOORPARVAR, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br>vs.<br><br>SAN FERNANDO VALLEY AUTOMOTIVE, LLC DBA RYDELL CHEVROLET-NORTHRIDGE,<br><br>             Defendant. | Case No.:  2:20-cv-05583-VAP-MRW<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//
//
//
//

- 1 -
**NOTICE OF SETTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the parties have settled this matter on an individual basis. In light of the parties' settlement, Plaintiff Shahriar Noorparvar ("Plaintiff") respectfully requests that the Court vacate all pending deadlines and hearings and allow the parties forty-five (45) days, or until June 25, 2021, to file a Stipulation to Dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) dismissing Plaintiff's individual claims in this action with prejudice and dismissing the putative class' claims without prejudice.

Dated: May 11, 2021                    Respectfully submitted,

                                            **KAZEROUNI LAW GROUP, APC**

                                            By:   s/ Mona Amini
                                                    ABBAS KAZEROUNIAN, ESQ.
                                                    MONA AMINI, ESQ.
                                                    *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is KAZEROUNI LAW GROUP, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On May 11, 2021, I served the within document(s):

**NOTICE OF SETTLEMENT**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 11, 2021 at Costa Mesa, California.

/S/ MONA AMINI
MONA AMINI, ESQ.