JS-6

# United States District Court
# Central District of California

SHAHRIAR NOORPARVAR,

    Plaintiff,

    v.

SAN FERNANDO VALLEY AUTOMOTIVE, LLC.,

    Defendants.

Case No. CV 20-5583-VAP-MRWx

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: May 18, 2021

                                        VIRGINIA A. PHILLIPS
                                      United States District Judge