**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Shahriar Noorparvar

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHRIAR NOORPARVAR, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>        vs.<br><br>SAN FERNANDO VALLEY AUTOMOTIVE, LLC DBA RYDELL CHEVROLET-NORTHRIDGE,<br><br>                    Defendant. | Case No.: 2:20-cv-05583-VAP-MRW<br><br>CLASS ACTION<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS**<br><br>Assigned to: Hon. Virginia A. Phillips |

///

///

///

///

///

///

///

///

///

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff SHAHRIAR NOORPARVAR ("Plaintiff") and Defendant SAN FERNANDO VALLEY AUTOMOTIVE DBA RYDELL CHEVROLET-NORTHRIDGE ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that Plaintiff is hereby dismissing his individual claims against Defendant with prejudice, with each party agreeing to bear their own attorney's fees and costs.  The parties further stipulate and agree that the claims of putative class members are dismissed without prejudice.

Dated: June 11, 2021                           Respectfully submitted,

                                               **KAZEROUNI LAW GROUP, APC**


                                               By:  _s/ Mona Amini_____
                                                    ABBAS KAZEROUNIAN, ESQ.
                                                    MONA AMINI, ESQ.
                                                    *Attorneys for Plaintiff*


Dated: June 11, 2021                           **CALLAHAN THOMPSON SHERMAN
                                               & CAUDILL LLP**


                                               By:  _s/ Alex A. Zolg_____
                                                    ALEX A. ZOLG, ESQ.
                                                    *Attorneys for Defendant*

1

## **ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

2

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that

3

all of the other signatories listed, and on whose behalf the filing is submitted, concur

4

in this filing's content and have authorized this filing.

5

6

Dated: June 11, 2021                          By:  _____s/ Mona Amini_____

7

MONA AMINI, ESQ.
*Attorneys for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS ACTION

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.   My business address is KAZEROUNI LAW GROUP, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On June 11, 2021, I served the within document(s):

**STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS; AND PROPOSED ORDER**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.   The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on June 11, 2021 at Costa Mesa, California.

/S/  MONA AMINI
MONA AMINI, ESQ.