**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAHRIAR NOORPARVAR, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SAN FERNANDO VALLEY AUTOMOTIVE, LLC DBA RYDELL CHEVROLET-NORTHRIDGE,<br><br>　　　　　　Defendant. | Case No.: 2:20-cv-05583-VAP-MRW<br><br>CLASS ACTION<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS**<br><br>Assigned to: Hon. Virginia A. Phillips |

Having considered the parties' stipulation for dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), whereby the parties have stipulated and agreed that Plaintiff SHAHRIAR NOORPARVAR ("Plaintiff") dismisses his individual claims in this action against Defendant SAN FERNANDO VALLEY AUTOMOTIVE, LLC DBA RYDELL CHEVROLET-NORTHRIDGE ("Defendant") with prejudice, with each party agreeing to bear their own attorney's fees and costs, and further stipulated and agreed that the claims of the putative class members in this action are to be dismissed without prejudice, IT IS HEREBY ORDERED:

1. Plaintiff's individual claims in this action against Defendant are dismissed <u>with prejudice</u>;
2. The claims of the putative class in this action are dismissed <u>without prejudice</u>; and

3. Each of the parties in this action shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  June 15, 2021

_____
HON. VIRGINIA A. PHILLIPS
U.S. DISTRICT COURT JUDGE